**No. 18-1292**  **September Term, 2019**

SEC-Rel34-84432

Filed On: February 18, 2020 [1829014]

The NASDAQ Stock Market, LLC,

    Petitioner

    v.

Securities and Exchange Commission,

    Respondent

------------------------------

Securities Industry and Financial Markets Association,
    Intervenor

------------------------------

Consolidated with 18-1293

**BEFORE:** Circuit Judges Millett and Wilkins, and Senior Circuit Judge Sentelle

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on February 18, 2020 at 11:20 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

    Thomas G. Hungar, counsel for Petitioner The NASDAQ Stock Market LLC.

    Douglas W. Henkin, counsel for Petitioner NYSE Arca, Inc.

    Dominick V. Freda (SEC), counsel for Respondent.

    Carter G. Phillips, counsel for Intervenor.


AT ARGUMENT, the Court:

    Ordered to submit:

X     1. Letter from NYSE ARCA with citation to the case <u>Navistar.</u>
      2. Letter from SEC on how the petition for rulemaking operates under 15 U.S.C. Sec. 78f


        **FOR THE COURT:**
        Mark J. Langer, Clerk

        BY:     /s/
              Shana E. Thurman
              Deputy Clerk